IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 4:22CR0448 HEA/SRW (DDN) ) |
| JESSICA MEDRANO, | ) ) |
| Defendant. | ) ) |

**DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE TO PERMIT DEFENDANT TO RESIDE AT A NEW ADDRESS**

COMES NOW defendant Jessica Medrano, by and through counsel, Assistant Federal Public Defender Bevy Beimdiek, and moves this Court to modify her conditions of release. In support of this motion, counsel states the following:

1. Defendant is currently on bond and is being supervised by the Pretrial Services Office.

2. At the time of her release on bond, Ms. Medrano resided at 661 Bent Oak Drive, Lake St. Louis, MO 63367. This Court ordered Ms. Medrano to reside at that address.

3. Ms. Medrano learned that the residence at 661 Bent Oak Drive had mold and was not safe for her and her family to live there. She and her family now reside at 479 Chatham Dr. O'Fallon, MO 63366.

4. Ms. Medrano has informed Toneta Dade, her Pretrial Services Officer, about this change of address, and Ms. Dade does not oppose the change of address.

5. Ms. Medrano's Conditions of Release (Doc. # 19) require her to "advise the court

or the pretrial services office" before any change of residence.

6. Counsel for Ms. Medrano has discussed this request with AUSA Tracy Berry who does not object to the Court granting Ms. Medrano's request to change her residence.

WHEREFORE, for the reasons stated above, Ms. Medrano requests her conditions of his release be modified to permit her to reside at 479 Chatham Dr. O'Fallon, MO  63366.

> Respectfully submitted,
> /s/ *Bevy Beimdiek*
> BEVY BEIMDIEK  #33753 MO
> Assistant Federal Public Defender
> 1010 Market Street, Suite 200
> St. Louis, Missouri 63101
> Telephone: (314) 241-1255
> Fax: (314) 421-3177
> E-mail: Bevy_Beimdiek@fd.org
> ATTORNEY FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 31, 2022, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Tracy Berry, Assistant United States Attorney.

> /s/*Bevy Beimdiek*
> BEVY BEIMDIEK
> Assistant Federal Public Defender